PHŒBE COHEN, Appellant, v. SIDNEY WEINBERG and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES C. GLADWIN, Respondent v. YELLOW TAXI CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ARTHUR SEIDL, Respondent, v. BOB BURNS, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRED BOEHM, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of JAMES F. SWANICK, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

A. DeWITT SUMNER v. LIBERTY PUBLISHING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GUSSIE ROSENBLUM v. JOSEPH T. HIGGINS, Individually and as Sheriff of the County of New York.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 240 App. Div. 131.]

CONVEYOR SALES CO., INC., v. THE TRAVELERS INSURANCE COMPANY, Impleaded with THE ALLEN IRON AND STEEL COMPANY and BERTHA BAER WALTER, Individually and as Executrix, etc., of RAYMOND A. WALTER, Deceased. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of JOSEPH A. O'DONNELL for a Peremptory Order of Mandamus against BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK and Others.— Motion by petitioner for leave to appeal to the Court of Appeals or for a reargument, and cross-motion by the defendant for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRANCIS POISSANT and ELIZABETH M. POISSANT, as Administratrix, etc., of FRANKLIN POISSANT, Deceased, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GIOVANNI B. DIOGUARDI, as President of INTERNATIONAL HOD CARRIERS' BUILDING AND COMMON LABORERS' UNION OF AMERICA, LOCAL No. 10, v. JOHN J. BENNETT, JR., as Attorney-General of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.